NEIL L. SHAPIRO (SBN 051547)
LAW OFFICES OF NEIL L. SHAPIRO
2100 Garden Road, Suite C
Monterey, California 93940
Telephone: (831) 372-3700
Facsimile: (831) 372-3701
nshapiro@nshapiro.com

Attorney for Plaintiff
SN ASSET SECURITIZATION TRUST 2005-A

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SN ASSET SECURITIZATION TRUST 2005-A, a Delaware Statutory Trust,<br><br>Plaintiff,<br><br>vs.<br><br>KRAMER PROPERTIES, INC., a California Corporation, and KURT G. KRAMER, an Individual,<br><br>Defendants. | **Case No. C 09-05335 PJH**<br><br>**STIPULATION AND ORDER CONTINUING INITIAL CASE MENAGEMENT CONFERENCE AND RELATED DATES** |

WHEREAS, there is now pending in the Superior Court for the State of Alaska, Third Judicial District at Anchorage, Case No. 3AN-09-4784 Civil ("the Alaska Action"), in which defendants in the above-captioned action are parties, as are persons and entities related to plaintiff;

WHEREAS, the parties are currently attempting to negotiate a framework for the resolution in the Alaska Action of all issues raised in the above-captioned action as well as those raised in the Alaska Action; and

WHEREAS, the parties would like time to complete their efforts at negotiating such a framework before spending the time and money to necessary to prepare for and attend an Initial Case

management Conference in the above-captioned action;

IT IS HEREBY STIPULATED by and between the parties through their respective counsel of record that the Initial Case Management Conference in the above-captioned matter shall be continued to April 15, 2010, at 2:00 ~~3:00~~ p.m. in Courtroom 3; that the last day to meet and confer, to file ADR Certification and to file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference shall be extended to March 25, 2010, and that the last day to file Rule 26(f) report, complete initial disclosures and file Case Management Statement shall be extended to April 8, 2010.

Dated: January 12, 2010

NEIL L. SHAPIRO
LAW OFFICES OF NEIL L. SHAPIRO

By __/s/_____
Attorneys for Plaintiff
SN ASSET SECURITIZATION TRUST 2005-A

Dated: January 12, 2010

WILLIAM R. BRAGG
BRAGG, PERLMAN, RUSS, STUNICH & EADS, LLP

By __/s/_____
Attorneys for Defendants
KRAMER PROPERTIES, INC. and KURT KRAMER

IT IS SO ORDERED

Dated: January 19, 2010

_____
United States District Judge

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*