NEIL L. SHAPIRO (SBN 051547)
LAW OFFICES OF NEIL L. SHAPIRO
2100 Garden Road, Suite C
Monterey, California 93940
Telephone: (831) 372-3700
Facsimile: (831) 372-3701
nshapiro@nshapiro.com

Attorney for Plaintiff
SN ASSET SECURITIZATION TRUST 2005-A

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SN ASSET SECURITIZATION TRUST 2005-A, a Delaware Statutory Trust,<br><br>Plaintiff,<br><br>vs.<br><br>KRAMER PROPERTIES, INC., a California Corporation, and KURT G. KRAMER, an Individual,<br><br>Defendants. | **Case No. C 09-05335 PJH**<br><br>**STIPULATION AND ORDER RE DISMISSAL** |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel of record that the above-captioned action may be dismissed without prejudice, each party to bear his or its own attorney's fees and costs.

Dated: March 15, 2010       NEIL L. SHAPIRO
                            LAW OFFICES OF NEIL L. SHAPIRO


                            By   /s/_____
                               Attorneys for Plaintiff
                               SN ASSET SECURITIZATION TRUST 2005-A

Dated: March __, 2010

WILLIAM R. BRAGG
BRAGG, PERLMAN, RUSS, STUNICH & EADS, LLP

By___/s/_____
Attorneys for Defendants
KRAMER PROPERTIES, INC. and KURT KRAMER

IT IS SO ORDERED

Dated: March 16, 2010

_____
United States Judge

IT IS SO ORDERED
Judge Phyllis J. Hamilton