NEIL L. SHAPIRO (SBN 051547)
LAW OFFICES OF NEIL L. SHAPIRO
2100 Garden Road, Suite C
Monterey, California 93940
Telephone: (831) 372-3700
Facsimile: (831) 372-3701
nshapiro@nshapiro.com

Attorney for Plaintiff
SN ASSET SECURITIZATION TRUST 2005-A

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SN ASSET SECURITIZATION TRUST 2005-A, a Delaware Statutory Trust,<br><br>          Plaintiff,<br><br>vs.<br><br>KRAMER PROPERTIES, INC., a California Corporation, and KURT G. KRAMER, an Individual,<br><br>          Defendants. | **Case No.  C 09-05335 PJH**<br><br>**STIPULATION AND ORDER RE DISMISSAL** |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel of record that the above-captioned action may be dismissed without prejudice, each party to bear his or its own attorney's fees and costs.

Dated: March 15, 2010            NEIL L. SHAPIRO
                                 LAW OFFICES OF NEIL L. SHAPIRO


                                 By____/s/_____
                                     Attorneys for Plaintiff
                                 SN ASSET SECURITIZATION TRUST 2005-A

1
2  Dated: March __, 2010                     WILLIAM R. BRAGG
3                                            BRAGG, PERLMAN, RUSS, STUNICH & EADS, LLP
4
5                                            By___/s/_____
                                                    Attorneys for Defendants
6                                               KRAMER PROPERTIES, INC. and KURT KRAMER

7  IT IS SO ORDERED

8
9  Dated: March 16, 2010
                                             _____
10                                                   United States District Judge
11
                                             IT IS SO ORDERED
12
                                             Judge Phyllis J. Hamilton
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28                                              2
_____
                              STIPULATION AND ORDER RE DISMISSAL
                                    Case No. C 09-05335 PJH